# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number 09-34288 JHW

Debtor: Anthony & Dawn Quinonez, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1730793 | Anthony & Dawn Quinonez, Jr. | 1313.55 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   May 20, 2011